IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:05CR162 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **HILARIO FELIX,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the court on the government's motion to file under seal (Filing No. 188).  Upon consideration,

**IT IS ORDERED:**

1. The government's motion to file under seal (Filing No. 188) is granted.

2. The Government's Brief in Objection to Defendant's Amended Motion to Suppress and accompanying Exhibit Numbers 1through 16A are to be sealed.

DATED this 6th day of July, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge